District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY PORTMANN,<br><br>                 Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | Case No. 3:23-cv-05064-BHS<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES<br><br>Noted for Consideration:<br>May 8, 2024 |

### JOINT STIPULATION

The parties stipulate and agree to a brief two-week extension for dates related to discovery. The parties continue to litigate this matter and have had additional settlement discussions. One of Defendant's potential experts was sick and out of communication for over a month. Both parties could use additional time to further develop discovery in this matter.

A court may modify a deadline for good cause. Fed. R. Civ. P. 16(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit that the above facts provide good cause for a brief extension of the discovery-related deadlines.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:23-cv-05064-BHS] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties stipulate and agree to extend the following dates currently set by the prior scheduling order, subject to the Court's availability and approval:

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | June 3, 2024 | June 17, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | July 3, 2024 | July 17, 2024 |
| All motions related to discovery must be filed by | July 15, 2024 | July 29, 2024 |
| Discovery completed by | August 12, 2024 | August 26, 2024 |

**SO STIPULATED.**

DATED this 8th day of May, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: nickolas.bohl@usdoj.gov
Email: alixandria.morris@usdoj.gov

*Attorneys for United States of America*

I certify that this memorandum contains 198 words, in compliance with the Local Civil Rules.

FIELDING LAW GROUP

*s/ Scott Boyce*
SCOTT BOYCE, WSBA No. 46420
155 Camelia Street Northwest
Royal City, WA 99357
Phone: 509-735-4747
Fax:    509-591-4401
Email: scott@fieldinglawgroup.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:23-cv-05064-BHS] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is hereby ORDERED that the parties' motion is GRANTED. The new discovery deadlines are as follows:

| Deadline | Current Date | Extended Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | June 3, 2024 | June 17, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | July 3, 2024 | July 17, 2024 |
| All motions related to discovery must be filed by | July 15, 2024 | July 29, 2024 |
| Discovery completed by | August 12, 2024 | August 26, 2024 |

DATED this 9th day of May, 2024.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:23-cv-05064-BHS] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970