District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY PORTMANN,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:23-cv-05064-BHS<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES<br><br>Noted for Consideration:<br>July 2, 2024 |

## JOINT STIPULATION

The parties stipulate and agree to a brief two-week extension for dates related to discovery.  The parties continue to litigate this matter.  Plaintiff has disclosed nine non-retained experts, four experts, and has limited availability for depositions with other case obligations.  Both parties could use additional time to complete these depositions and further develop discovery in this matter.

A court may modify a deadline for good cause.  Fed. R. Civ. P. 16(b).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).  The parties submit that the above facts provide good cause for a brief extension of the discovery-related deadlines.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:23-cv-05064-BHS] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties stipulate and agree to extend the following dates currently set by the prior scheduling order, subject to the Court's availability and approval:

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | July 17, 2024 | August 2, 2024 |
| All motions related to discovery must be filed by | July 29, 2024 | August 16, 2024 |
| Discovery completed by | August 26, 2024 | August 30, 2024 |

**SO STIPULATED.**

DATED this 2nd day of July, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/ Nickolas Bohl
NICKOLAS BOHL, WSBA No. 48978

s/ Alixandria K. Morris
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone:  206-553-7970
Fax:    206-553-4073
Email:  nickolas.bohl@usdoj.gov
Email:  alixandria.morris@usdoj.gov

*Attorneys for United States of America*

I certify that this memorandum contains 186 words, in compliance with the Local Civil Rules.

FIELDING LAW GROUP

s/ Scott Boyce
SCOTT BOYCE, WSBA No. 46420
155 Camelia Street Northwest
Royal City, WA 99357
Phone: 509-735-4747
Fax:   509-591-4401
Email: scott@fieldinglawgroup.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:23-cv-05064-BHS] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new discovery deadlines are as follows:

| Deadline | Extended Date |
|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | August 2, 2024 |
| All motions related to discovery must be filed by | August 16, 2024 |
| Discovery completed by | August 30, 2024 |

DATED this 2nd day of July, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:23-cv-05064-BHS] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970