UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY PORTMANN,

               Plaintiff,

    v.

UNITED STATES OF AMERICA,

               Defendant.

CASE NO. C23-5064 BHS

ORDER

THIS MATTER comes before the Court on the parties' request for a magistrate judge to mediate. Dkt. 21. The Request is **GRANTED**. The Court assigns this case to the Honorable David W. Christel for mediation. They should contact his chambers directly for scheduling.

The parties shall file a joint status report one week after completion of mediation.

It is so **ORDERED**.

Dated this 29th day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1